USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/11/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RUBEN MARCIAL,

          Plaintiff,

-against-

CITY OF NEW YORK et al.,

          Defendants.

1:19-cv-04928

ORDER OF DISMISSAL

MARY KAY VYSKOCIL, United States District Judge:

It having been reported to this Court by Magistrate Judge Cott that this case has been settled, it is hereby

ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made by **April 10, 2020**. If no such application is made by that date, today's dismissal of the action is with prejudice. See Muze, Inc. v. Digital On Demand, Inc., 356 F.3d 492, 494 n.1 (2d Cir. 2004).

**SO ORDERED.**

**Date: March 11, 2020**
**New York, NY**

_____
**MARY KAY VYSKOCIL**
**United States District Judge**